

# NUMBER 13-22-00108-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ABIEL MARTINEZ,                                                              Appellant,

v.

EMIGIDIO VILLANUEVA,                                                     Appellee.

## On appeal from the County Court at Law No. 6
## of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Longoria, Hinojosa, and Silva
### Memorandum Opinion by Justice Longoria

On March 16, 2022, appellant filed a notice of appeal. On March 21, 2022, the Clerk of the Court notified appellant it appears there is no final, appealable order and that if the defect is not cured within ten days, the appeal will be dismissed. On April 11, 2022, the Clerk of the Court confirmed with Ms. Norma Harlow, at the county clerk's office, that no signed judgment had been entered.

Appellant has not responded to the Court's notice nor cured the defect. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b),(c).

NORA L. LONGORIA
Justice

Delivered and filed on the
2nd day of June, 2022.

2